# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:25-mj-05150-JGD-1

Case title: USA v. SEALED

Date Filed: 05/12/2025

Assigned to: Magistrate Judge Judith G. Dein

**Defendant (1)**

**KSENIIA PETROVA**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

18 U.S.C.§ 545- SMUGGLING GOODS INTO UNITED STATES

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Nadine Pellegrini** <br> United States Attorney's Office <br> John Joseph Moakley Federal Courthouse <br> 1 Courthouse Way <br> Suite 9200 <br> Boston, MA 02210 <br> 617-748-3261 <br> Fax: 617-748-3951 <br> Email: nadine.pellegrini@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2025 | 1 | ELECTRONIC NOTICE of Case Assignment as to KSENIIA PETROVA; Magistrate Judge Judith G. Dein assigned to case. (MM) (Entered: 05/13/2025) |
| 05/12/2025 | 2 | SEALED COMPLAINT as to KSENIIA PETROVA (1). (Attachments: # 1 JS45, # 2 Affidavit)(MM) (Entered: 05/13/2025) |
| 05/12/2025 | 3 | MOTION to Seal as to KSENIIA PETROVA by USA. (MM) (Entered: 05/13/2025) |

| 05/12/2025 | 4 | Magistrate Judge Judith G. Dein: ELECTRONIC ORDER entered granting 3 Motion to Seal as to KSENIIA PETROVA (1) (MM) (Entered: 05/13/2025) |
|---|---|---|
| 05/12/2025 | 5 | Arrest Warrant Issued by Magistrate Judge Judith G. Dein as to KSENIIA PETROVA. (MM) (Entered: 05/13/2025) |
| 05/14/2025 | 6 | MOTION to Unseal Case as to KSENIIA PETROVA by USA. (TFQ) (Entered: 05/14/2025) |
| 05/14/2025 | 7 | Magistrate Judge Judith G. Dein: ELECTRONIC ORDER entered granting 6 Motion to Unseal Case as to KSENIIA PETROVA (1) (TFQ) (Entered: 05/14/2025) |